UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONSOLIDATED RAIL
CORPORATION,

        Plaintiff,

v.

WEST JEFFERSON
RAILROAD COMPANY,

        Defendant.
_____/

Case No. 2:15-cv-12828
District Judge Victoria A. Roberts
Magistrate Judge Anthony P. Patti

## ORDER

The Court, having reviewed the parties' Stipulation, approves the parties' request for an extension. Accordingly, the Court Orders that the scheduling order is amended as follows:

1. Discovery shall close on October 17, 2016.

2. Dispositive motions shall be filed by or on October 31, 2016.

3. Response briefs for dispositive motions shall be filed by or on November 21, 2016.

4. Reply briefs for dispositive motions shall be filed by or on December 9, 2016.

5. The final pretrial report shall be due to the Court on January 13,

2017.

6. The final pretrial conference shall be held on a date to be set by the Court.

All other dates in this Court's November 6, 2015 Order remain in effect.

**IT IS SO ORDERED.**

Dated: August 31, 2016        s/Anthony P. Patti
                              Anthony P. Patti
                              UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing documents was sent to parties of record on August 31, 2016, electronically and/or by U.S. Mail.

                              s/Michael Williams
                              Case Manager for the
                              Honorable Anthony P. Patti