UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Consolidated Rail Corporation,

      Plaintiff(s),

v.              Case No. 2:15–cv–12828–VAR–APP
                Hon. Victoria A. Roberts

West Jefferson Railroad
Company,

      Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before Magistrate Judge Anthony P. Patti at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 624.  The following motion(s) are *rescheduled* for hearing:

Motion for Summary Judgment – #31

- MOTION HEARING:  April 20, 2017 at 10:00 AM

**ADDITIONAL INFORMATION:** **DATE CHANGE**

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

            By: s/M Williams
              Case Manager

Dated:  March 12, 2017