UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONSOLIDATED RAIL
CORPORATION,

         Plaintiff,

v.

WEST JEFFERSON
RAILROAD COMPANY,

         Defendant.
_____/

Case No. 2:15-cv-12828
District Judge Victoria A. Roberts
Magistrate Judge Anthony P. Patti

## ORDER EXTENDING THE DEADLINE FOR THE PARTIES' JOINT STATEMENT OF MATERIAL FACTS AND NOTICE ON CONVERTING THE MOTIONS TO A TRIAL ON THE BRIEFS

On April 24, 2017, I ordered the parties to file a joint statement of material facts, limited to 15 pages, along with their decision as to whether the pending cross-motions for summary judgment should be converted to a trial on the briefs, on or before May 12, 2017. On May 9, 2017, I extended the deadline one week, making both items due on May 19, 2017.

This matter came before me for a telephonic status conference on May 19, 2017, during which the parties, through counsel, indicated that despite working diligently on the joint list, an additional extension would be required. Accordingly, the deadline for filing both the joint statement and the parties' decision related to the briefs shall be extended to **JUNE 2, 2017**.

In addition, the parties shared that the 15-page limit would likely not be possible. They were unsure as to how many additional pages would be necessary, but expected something in the range of 70-80. Accordingly, I will extend the page limit to 80 pages. If the number of pages is substantially more than that, the parties shall call my chambers **ON OR BEFORE MAY 23, 2017** to inform me of the projected final number of pages.

**IT IS SO ORDERED.**

Dated: May 19, 2017
s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 19, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Acting Case Manager, in the absence
of Michael Williams